**Charles POINTER, Appellant,**

v.

**BUILDING BUTLERS, Appellee.**

**No. 04–3518.**

United States Court of Appeals, Eighth Circuit.

Submitted April 5, 2005.

Decided April 11, 2005.

Charles Pointer, St. Louis, MO, pro se.

Howard Kent Munson, The Stolar Partnership, St. Louis, MO, for Appellee.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Charles Pointer appeals the district court's[1] adverse grant of summary judg-

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was

ment in his suit pursuant to Title VII and 42 U.S.C. § 1981, in which he alleged employment discrimination. Having carefully reviewed the record, we conclude that summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).